372 A.2d 416

Commonwealth v. Carter, Appellant.

Argued December 9, 1976. W. Averona, with him Louis G. F. Retacco, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.